950 A.2d 262

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Ronald KELLY, Petitioner.**

Supreme Court of Pennsylvania.

May 15, 2008.

## ORDER

PER CURIAM.

AND NOW, this 15th day of May, 2008, the Petition for Allowance of Appeal is hereby GRANTED, and the Order of the Superior Court is VACATED, and the matter is RE-MANDED for reconsideration under *Commonwealth v. Dunlap*, 596 Pa. 147, 941 A.2d 671 (2007).